UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No.

| | |
|---|---|
| BARBARA KNUTSON,<br>    Plaintiff<br><br>v.<br><br>PAUL CZERNY<br>    Defendant. | **PLAINTIFF'S COMPLAINT<br>AND JURY DEMAND** |

## PARTIES

1. The plaintiff, Barbara Knutson, is a citizen of the State of Florida and a resident of Fort White, County of Columbia.

2. The defendant, Paul Czerny, is a citizen of the Commonwealth of Massachusetts and resident of Lexington, County of Middlesex.

## JURISDICTION AND VENUE

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because the plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in this district under 28 U.S.C. § 1391(a)(2) because all of the events giving rise to the plaintiff's claim transpired in Lexington, Massachusetts.

5. Personal jurisdiction over the defendant is proper because the defendant is a citizen of the Commonwealth of Massachusetts.

## GENERAL ALLEGATIONS

6. The plaintiff repeats, realleges and incorporates fully herein paragraphs 1 through 5.



7. On or about September 26, 2017, the plaintiff, Barbara Knutson, was a pedestrian lawfully crossing Massachusetts Avenue in Lexington, Massachusetts within a marked crosswalk.

8. On or about September 26, 2017, the defendant was a motor vehicle operator traveling east on Massachusetts Avenue in Lexington and struck the plaintiff as she crossed the roadway.

9. The force of the impact caused the plaintiff's body to be thrown up on to the defendant's vehicle and then on to the roadway when the defendant's vehicle came to a stop.

10. The plaintiff sustained serious and life-threatening injuries as a result of the crash, incurred substantial past medical expenses, endured extensive physical and emotional pain and suffering, and is left with significant permanent disabilities as a result of her incident-related injuries.

### COUNT ONE

### CLAIM OF THE PLAINTIFF, BARBARA KNUTSON, AGAINST THE DEFENDANT, PAUL CZERNY, FOR PERSONAL INURIES AND RELATED LOSSES, PREDICATED ON NEGLIGENCE.

11. The plaintiff repeats, realleges and incorporates fully herein paragraphs 1 through 10.

12. On or about September 26, 2017, the defendant, Paul Czerny, negligently operated his vehicle by failing to observe the plaintiff, a pedestrian lawfully crossing the road within a marked crosswalk and struck her with his vehicle.

13. As a direct and proximate result of the negligent and careless operation of a motor vehicle by the defendant, the plaintiff, through no fault of her own, was caused to suffer and did suffer serious physical injuries.

14. As a direct and proximate result of the negligent and careless operation of a motor vehicle by the defendant, the plaintiff, through no fault of her own, was caused to suffer and did suffer serious personal injuries, including great pain of body and anguish of mind, and incurred substantial medical expenses and related losses.

15. As a result of the foregoing, the plaintiff is entitled to recover damages from the defendant, in an amount deemed fair and reasonable to fully compensate her for all her incident-related injuries and losses, together with interests and costs.

PARKER SCHEER

**WHEREFORE**, the plaintiff, Barbara Knutson, hereby demands judgment against the defendant, Paul Czerny, in an amount deemed fair and reasonable to fully compensate the plaintiff for all her incident related losses, together with interests and costs.

### THE PLAINTIFF DEMANDS TRIAL BY JURY

Barbara Knutson,
By her Attorneys,

/s/ Susan M. Bourque

Susan M. Bourque, Esq. BBO# 647195
smb@parkerscheer.com
Eric J. Parker, Esq. BBO# 549513
ejp@parkerscheer.com
Parker Scheer LLP
One Constitution Wharf
Boston, Massachusetts 02129
Ph (617) 886-0500

Dated: September 16, 2020

